UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                    Case No. 1:20-mj-495

MYKAEL LEE BOOKER,                                 COMPLAINT
                                                                      **PENALTY SHEET**

      Defendant.

_____/


**Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)**
**Maximum penalty:**  Not less than 5 years' and up to 40 years' imprisonment and
$5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class
B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]


**Felon in Possession of Ammunition, 18 U.S.C. § 922(g)**
**Maximum penalty:**  Not more than 10 years' imprisonment and/or $250,000 fine [18
U.S.C. § 924(a)(2)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18
U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]


Date:  November 23, 2020                    /s/ Jonathan Roth
                                                            Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046