UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

          vs.

JAMES ALLEN MOORE,                            Case No: 1:20-cr- 189
DENNIS LYNN CARTWRIGHT, JR.,
EILAND KWEST JOHNSON, and
MYKAEL LEE BOOKER,

BRIAN DEWAYNE DARDEN-MOSBY,       Case No: 1:20-cr- 190
JEMAR AHTON MASON, and
SEHANN JECOE MASON

      Defendants.
_____/

NOTICE OF RELATED CASES

      The United States of America, by and through Andrew Byerly Birge, United States Attorney, and Jonathan Roth, Assistant United States Attorney, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(b)(iii)(A), the above cases are related to each other because they are based upon a substantial common nucleus of facts, events, or transactions.   Specifically, both cases involve same series of Title III wiretap authorizations by Chief Judge Robert J. Jonker (1:20-mc-59, SEALED) and interrelated drug transaction interceptions.

                      United States Attorney

Dated: December 16, 2020          */s/ Jonathan Roth*
                              JONATHAN ROTH
                              Assistant United States Attorney

                    O R D E R

      The Court finds that the above case is   related / not related.

                      _____
                      Magistrate Judge Phillip J. Green

The government's memo fails to establish that the two cases meet the definition of related in Local Rule 56.4(b)(iii)(A).  Accordingly, they should each be randomly assigned to a district judge.