UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MYKAEL LEE BOOKER,

    Defendant.
_____/

Case No. 1:20–cr–189

Hon. Paul L. Maloney

**ORDER**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so.  Failing to do so in a timely manner may result in consequences including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt and/or disciplinary proceedings, and sanctions by the Court.

IT IS SO ORDERED.

Dated:  December 17, 2020        /s/ Phillip J. Green
                                                UNITED STATES MAGISTRATE JUDGE