UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,         Case No. 1:20-cr-189

v.              Hon. PAUL L. MALONEY
               U.S. DISTRICT JUDGE

JAMES ALLEN MOORE,
DENNIS LYNN CARTWRIGHT, JR.
EILAND KWEST JOHNSON, and   SUPERSEDING INDICTMENT
MYKAEL LEE BOOKER,       **PENALTY SHEET**

   Defendants.
_____/

1.  **JAMES ALLEN MOORE**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Count 7 – Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:** With a prior serious drug felony conviction, not less than 10 years' and up to life imprisonment and $8,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 8 years and up to life [21 U.S.C. § 841(b)(1)(B)] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 8 – Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)**
**Count 9 – Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:** With a prior felony drug offense conviction, not more than 30 years' imprisonment and $2,000,000 fine [21 U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 6 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 10 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)**
**Maximum penalty:** Not less than 15 years' and up to life imprisonment and $250,000 fine [18 U.S.C. § 924(e)]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

### Count 11 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)

**Maximum penalty:** Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

### Count 12 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)
### Count 13 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)
### Count 14 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)
### Count 15 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)

**Maximum penalty:** Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

## FORFEITURE

2.   **DENNIS LYNN CARTWRIGHT, JR.**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not less than 5 years' and up to 40 years' imprisonment and $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 5 – Possession with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 6 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)**
**Maximum penalty:**  Not more than 10 years imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 12 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)**
**Count 13 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Count 14 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Count 15 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Maximum penalty:**  Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

3.     **EILAND KWEST JOHNSON**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Maximum penalty:** With a prior serious drug felony conviction, not less than 10 years' and up to life imprisonment and $8,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 8 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

4.  **MYKAEL LEE BOOKER**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Count 2 – Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not less than 5 years' and up to 40 years' imprisonment and $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 3 – Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)**
**Maximum penalty:**  Not less than 15 years' and up to life imprisonment and $250,000 fine [18 U.S.C. § 924(e)]
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 4 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)**
**Maximum penalty:**  Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**


Date:  January 29, 2021                     /s/ Jonathan Roth
                                            Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046

5