UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

Case No.  1:20-cr-189

v.

Hon. Paul L. Maloney

MYKAEL LEE BOOKER              ,

Defendant.

_____/

## CONSENT TO ADJOURNMENT

I understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161.  I have

discussed this right with my attorney.  I understand that my attorney will be asking the Court for

a continuance of the present trial date because additional time is needed.  I voluntarily agree to

this continuance and agree that it is in my interest to do so.  I also believe it is in the interest of

justice for a continuance to be granted.

Date: 2-4-21

Defendant

(Rev. 10/12)