UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-189 |
| Plaintiff, | |
| v. | Hon. Paul L. Maloney |
| MYKAEL LEE BOOKER, | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY |
| Defendant. | |

The undersigned defendant and counsel affirm that:

A.  Defendant was arraigned on the original indictment in open court with counsel present.

B.  Defendant and counsel have received a copy of the superseding indictment dated January 27, 2021.

C.  Defendant has read the superseding indictment or has had it read or explained.

D.  Defendant understands the nature of all charges contained in the superseding indictment.

E.  Defendant and counsel have received a statement from the United States Attorney's Office concerning the maximum penalties applicable to each charge contained in the superseding indictment.

Defendant understands that he or she has an absolute right to appear personally in open court for arraignment on the superseding indictment. Pursuant to Rules 10(b)(2) and 43 of the Federal Rules of Criminal Procedure, defendant voluntarily waives (gives up) the right to appear personally for arraignment in open court and enters a plea of NOT GUILTY.

Counsel for Defendant has contacted counsel for the Government who ◯ Does  ⦿ Does Not object to the waiver of appearance.

Date: 2-4-21

_____
Defendant

Date: 02/04/2021

/s/ Helen C. Nieuwenhuis
Counsel for Defendant

(Rev. 07/2015)