UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             Hon. Paul L. Maloney
                                          U.S. District Judge

v.

JAMES ALLEN MOORE and          Case No. 1:20-cr-189
MYKAEL LEE BOOKER,

    Defendants.
_____/

## PROTECTIVE ORDER

Upon the motion of the government for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1.    All Title III applications, affidavits, and orders produced by the United States in connection with this case, and all other investigative materials and reports disclosed by the government in original or redacted form, may be used by the charged defendants and their counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

2.    The materials and their contents, and any notes, records or copies of any kind that defense counsel or the charged defendants may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than the charged defendants, their counsel, such other persons as are reasonably employed by them as may be necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure.

3. Any copies of the materials made by the defendants or their counsel shall be treated as set forth above.

4. Counsel for the defendants shall not allow the defendants to retain unredacted copies of the discovery materials containing personal identifying information (PII).

5. Counsel for the defendants will take all reasonable steps necessary to ensure that government discovery materials containing PII is not improperly disclosed.

6. Counsel for the defendants shall destroy or return the government discovery materials upon the conclusion of this matter.

7. These restrictions do not apply to documents or materials that are public record, including, but not limited to, transcripts of proceedings; documents, recordings and other materials that have been received in evidence at public hearings or proceedings; or documents or materials that are otherwise in the public domain.

8. Intentional violation of this Order is punishable as contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Dated: March 24, 2021        /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge