UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:20-cr-189

v.

HON. ROBERT J. JONKER

MYKAEL LEE BOOKER,

    Defendant.
_____/

## BRIEFING ORDER

The parties were before the Court on today's date for a scheduled change of plea hearing to Counts 1-4 of the Superseding Indictment. The Court questioned the parties concerning the separate charges alleging Felon in Possession of Ammunition (Count 3) and Possession of a Firearm in Furtherance of Drug Trafficking (Count 4), and whether and how the government could establish that the pistol referenced in Count 4 qualifies as a "firearm" even though it has not been recovered. The government asked for time to brief the issue, which was granted. Accordingly, the government shall file its brief not later than **July 9, 2021**. The defendant shall file its brief not later than **July 16, 2021**.

Dated:   July 7, 2021              /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE