UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:20-CR-189-04

v.

HON. ROBERT J. JONKER

MYKAEL LEE BOOKER,

    Defendant.

_____/

## ORDER

On August 5, 2021, this Court adopted Magistrate Judge Kent's Report and Recommendation that Defendant Booker's guilty plea to Counts 1, 2, 3, and 4 of the Superseding Indictment be accepted. (ECF No. 150). On September 7, 2021, Defendant Booker moved to withdraw his guilty plea to Counts 1, 2 and 4.[1] (ECF No. 159). The government had no objection to Defendant's motion with respect to Count 2, but argued that Defendant should not be allowed to withdraw his plea to any other count.

The Court conducted a hearing on September 23, 2021. For the reasons recited in full from the bench, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's motion. As to Counts 2 and 4, the motion to withdraw the guilty plea is **GRANTED**. As to Count 1, the motion is **DENIED** as the Court finds no basis for withdrawal of Defendant's guilty plea on Count1.

---

[1] Defendant's motion papers indicated he was not seeking to withdraw his plea to Count 3. Defendant and his counsel confirmed that at the start of the hearing today.

Sentencing currently scheduled for **November 19, 2021 is CANCELLED**. The Court will reschedule sentencing on any counts of conviction after resolution of all the charges against this Defendant.

**IT IS SO ORDERED**.

Dated:    September 23, 2021           /s/ Robert J. Jonker
                                                                        ROBERT J. JONKER
                                                                         CHIEF UNITED STATES DISTRICT JUDGE