UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 1:20-cr-189

v.                            Hon. ROBERT J. JONKER
                            Chief U.S. District Judge

DENNIS LYNN CARTWRIGHT, JR. **&**
MYKAEL LEE BOOKER,          SECOND
                            SUPERSEDING INDICTMENT
        Defendants.         **PENALTY SHEET**

_____/

1.      **DENNIS LYNN CARTWRIGHT, JR.**

**<u>Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute
Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)</u>**
**Maximum penalty:**  Not less than 5 years' and up to 40 years' imprisonment and
$5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class
B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**<u>Count 4 – Possession with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21
U.S.C. § 841(a)(1)</u>**
**Maximum penalty:**  Not more than 20 years' imprisonment and $1,000,000 fine [21
U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)]
(Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**<u>Count 5 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)</u>**
**Maximum penalty:**  Not more than 10 years imprisonment and/or $250,000 fine [18
U.S.C. § 924(a)(2)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18
U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 6 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)**

**Maximum penalty:**  Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

2.    **MYKAEL LEE BOOKER**

**Count 2 – Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 3 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)**
**Maximum penalty:**  Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

Date:  October 20, 2021                                   /s/ Jonathan Roth
                                                          Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046