UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    No. 1:20-cr-189

v.                                                    Hon. Jane M. Beckering
                                                          U.S. District Judge

DENNIS LYNN CARTWRIGHT, JR. &
MYKAEL LEE BOOKER,

        Defendants.
_____/

**GOVERNMENT'S PROPOSED JURY VERDICT FORMS**

      The government submits, for the Court's consideration, the attached proposed Jury Verdict Forms. The United States provided these forms to defense counsel for concurrence on March 21, 2022. The government received a response from counsel for Mr. Booker and has incorporated changes that were requested. Hence, these instructions represent a joint submission with respect to the verdict form for Mr. Booker. The government has not received a response from counsel for Mr. Cartwright.

                                                       Respectfully submitted,

                                                       ANDREW BYERLY BIRGE
                                                       United States Attorney

Dated: March 23, 2022                */s/Austin J. Hakes*
                                                       AUSTIN J. HAKES
                                                       ERIN K. LANE
                                                       Assistant United States Attorneys

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            No. 1:20-cr-189

v.                                       Hon. Jane M. Beckering
                                               U.S. District Judge

DENNIS LYNN CARTWRIGHT, JR.,

        Defendant.
        _____/

## JURY VERDICT FORM

We, the members of the jury, find as follows:

I.       As to **Count 1**, charging that DENNIS LYNN CARTWRIGHT, JR. committed the crime of conspiracy to distribute and possess with intent to distribute controlled substances, we unanimously find the defendant:

              ____ Not Guilty            ____ Guilty

*If you found the defendant guilty of **Count 1**, please also answer the following:*

Having found the defendant guilty of **Count 1**, we find beyond a reasonable doubt that the amount of cocaine involved in this conspiracy that was the result of the defendant's own conduct or the conduct of other co-conspirators that was reasonably foreseeable to the defendant is (check only one box):

        ☐     500 grams or more of a mixture or substance containing a detectable amount of cocaine

        ☐     less than 500 grams of a mixture or substance containing a detectable amount of cocaine

II.     As to **Count 4**, charging that DENNIS LYNN CARTWRIGHT, JR. committed the crime of possession with intent to distribute cocaine, we unanimously find the defendant:

         ____ Not Guilty          ____ Guilty

III.     As to **Count 5**, charging that DENNIS LYNN CARTWRIGHT, JR. committed the crime of felon in possession of a firearm, we unanimously find the defendant:

         ____ Not Guilty          ____ Guilty

IV.     As to **Count 6**, charging that DENNIS LYNN CARTWRIGHT, JR. committed the crime of possession with intent to distribute marijuana, we unanimously find the defendant:

         ____ Not Guilty          ____ Guilty

V.     As to **Count 7**, charging that the DENNIS LYNN CARTWRIGHT, JR. committed the crime of possession of a firearm in furtherance of drug trafficking, we unanimously find the defendant:

         ____ Not Guilty          ____ Guilty

VI.     As to **Count 8**, charging that DENNIS LYNN CARTWRIGHT, JR committed the crime of conspiracy to commit concealment money laundering, we unanimously find the defendant:

         ____ Not Guilty          ____ Guilty

_____           _____
Date          JURY FOREPERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            No. 1:20-cr-189

v.                                             Hon. Jane M. Beckering
                                                    U.S. District Judge

MYKAEL LEE BOOKER,

        Defendant.
_____/

**JURY VERDICT FORM**

We, the members of the jury, find as follows:

I.       As to **Count 2**, charging that MYKAEL LEE BOOKER committed the crime of possession with intent to distribute cocaine base, we unanimously find the defendant:

                ____ Not Guilty          ____ Guilty

II.      As to **Count 3**, charging that MYKAEL LEE BOOKER committed the crime of possession of a firearm in furtherance of drug trafficking, we unanimously find the defendant:

                ____ Not Guilty          ____ Guilty


_____                                  _____
Date                                         JURY FOREPERSON