## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Mykael Lee Booker | | | | DISTRICT JUDGE: Jane M. Beckering |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-cr-189-4 | 9/16/2022 | 11:10 AM - 12:34 PM | Grand Rapids | |

### APPEARANCES

| Government: Austin Jacob Hakes, Kathryn Dalzell | Defendant: Helen Nieuwenhuis, James Fisher, ** | Counsel Designation: FPD Appointment |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment: ☐ mute ☐ nolo contendere ☐ not guilty ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☑ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☑ Other: Judgment

### CHANGE OF PLEA
Charging Document: ☐ Read  ☐ Reading Waived
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: 180 Months, concurrent | Plea Agreement Accepted: ☑ Yes ☐ No |
| Probation: | Defendant informed of right to appeal: ☑ Yes ☐ No |
| Supervised Release: 4 Years/3 Years/3 Years | Counsel informed of obligation to file appeal: ☑ Yes ☐ No |
| Fine: $ 1,500.00 | Conviction Information: |
| Restitution: $ | Date: 7/20/2021 & 3/25/2022 |
| Special Assessment: $ 300.00 | By: Plea |
| | As to Count(s): One & Three (SI)/Two (TSI) |

**ADDITIONAL INFORMATION:**
**Jasna Tosic, and Pedro Celis.

The Indictment, Counts Two and Four of the Superseding Indictment (SI), the Second Superseding Indictment, and Counts One and Three of the Third Superseding Indictment (TSI) are dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Melinda Dexter | **Case Manager:** R. Wolters |