United States District Court for the **Western**

District of **Michigan**

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MYKAEL LEE BOOKER,

Defendant.

Case No. **1:20-cr-189**

# NOTICE OF APPEAL

Notice is hereby given that **Mykael Lee Booker**,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

**the Final Judgment in a Criminal Case**
*The final judgment, from an order describing it*

entered in this action on the **16th** day of **September**, **2022**.

(s) **Helen C. Nieuwenhuis**
Address: **50 Louis, NW, Suite 300**
**Grand Rapids, MI 49503**
**(616) 742-7420**

Attorney for **Defendant Booker**

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
11/16